JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY VEASLEY,<br><br>　　　　　Petitioner,<br><br>v.<br><br>RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,<br><br>　　　　　Respondent. | Case No.: CV 05-2691 SVW<br><br>**DEATH PENALTY CASE**<br><br><br>JUDGMENT |

　　　Pursuant to the Merits Order denying habeas relief issued March 11, 2021, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice, except as to Claim 10, which is dismissed without prejudice. The Merits Order constitutes the final disposition of the Petition for Writ of Habeas Corpus by this Court.

　　　The Clerk is directed to enter judgment.

Date:　March 16, 2021　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

JUDGMENT - 1